UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RAMALES PHOTOGRAPHY LLC | § | |
| | § | |
| v. | § | |
| | § | CIVIL NO. 4:23-CV-445-SDJ |
| TOTALLY THE BOMB, LLC | § | |
| | § | |
| | § | |
| | § | |

## DEFAULT JUDGMENT

This matter was before the Court on Plaintiff Ramales Photography LLC's Motion for Default Judgment, (Dkt. #14), which sought entry of a default judgment awarding Ramales Photography damages. The Court granted the motion, concluding that Ramales Photography is entitled to default judgment on its claim for copyright infringement.

It is therefore **ORDERED, ADJUDGED, and DECREED** that Defendant Totally the Bomb, LLC, is liable for, and Ramales Photography is entitled to recover, statutory damages in the amount of $30,000, attorney's fees in the amount of $1,500, costs in the amount of $440, and postjudgment interest at the rate prescribed by 28 U.S.C. § 1961, compounding annually and accruing from the date of this judgment until the judgment is satisfied.

It is further **ORDERED** that all relief not specifically granted herein is **DENIED**. This is a final judgment, which disposes of all claims and causes of action.

**So ORDERED and SIGNED this 24th day of July, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE